1  Seth O'Dell, Esq., SBN 220424
2  Jeremy D. Swanson, Esq.  SBN 220644
3  SWANSON & O'DELL
4  1227 Chester Ave.
   Bakersfield, CA 93301
5  (661) 326-1611   fax (661) 326-1910
6  Attorneys for Plaintiff,
7  Calgary Alberta Tractor Co, Inc.
8  DBA Iron Man and Company,
   A Canadian Corporation
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALGARY ALBERTA TRACTOR CO., INC. DBA IRON MAN AND COMPANY, A CANADIAN CORPORATION, | Case No. **CV06-06501 ABC (SHx)** |
| | JUDGMENT |
| Plaintiffs, | |
| | Honorable Audrey B. Collins |
| v. | |
| MCCLELLAN EQUIPMENT COMPANY INC., AN OREGON CORPORATION; AND RICH MCCLELLAN, AN ARIZONA RESIDENT, | |
| Defendants/Third-Party Plaintiffs, | |

JUDGMENT                                                CV06-06501 ABC (SHx)

| | |
|---|---|
| v. | |
| MOUNTAIN WEST MACHINERY, LLC, A UTAH LIMITED LIABILITY COMPANY; AND ACE HEAVY EQUIPMENT AND MACHINERY INC. A TEXAS CORPORATION, | |
| Third Party Defendants. | |
| AND RELATED CROSS-ACTION | |

CALGARY ALBERTA TRACTOR CO., INC. DBA IRON MAN AND COMPANY, A CANADIAN CORPORATION, is awarded judgment against MOUNTAIN WEST MACHINERY, LLC, A UTAH LIMITED LIABILITY COMPANY in the amount of $350,000.00, payable immediately.

**It Is So Ordered.**

Dated: November 17, 2008

*/s/ Audrey B. Collins*
_____
Honorable Audrey B. Collins
United States District Judge, Central District of California

JUDGMENT                                                    CV06-06501 ABC (SHx)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29